PHILIP H. PRATT, Appellant, v. DWIGHT FISKE, ROBERT M. McBRIDE & COMPANY, INC., ROBERT M. McBRIDE, RCA MANUFACTURING Co., INC., BRUNO-NEW YORK, INC., CHARLES SONFIELD, SAVOY-PLAZA, INC., and RICHARD G.

BABBAGE, Respondents. (Appeal No. 1.) — Order granting motion of defendants Savoy-Plaza, Inc., and Babbage for a severance of the fifth cause of action affirmed, with ten dollars costs and disbursements. Plaintiff may serve amended complaints within ten days from the entry of the order hereon. Appeal from order, denying plaintiff's motion for reargument dismissed. No opinion. Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ., concur.